### W. V. BOONE v. WESTERN UNION TELEGRAPH COMPANY.

(Filed 1 May, 1918.)

**Telegraph—Mental Anguish.**

ACTION to recover damages for mental anguish caused, as alleged by the plaintiff, by the negligence of the defendant in the transmission of an interstate telegraph message.

There was a judgment for the defendant, and the plaintiff excepted and appealed.

*W. L. Mann for plaintiff.*
*Tillett & Guthrie for defendant.*

PER CURIAM: The judgment of the Superior Court is affirmed on the authority of *Askew v. Telegraph Co.,* 174 N. C., 261, and *Norris v. Telegraph Co.,* 174 N. C., 92.

No error.